UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO ANTONIO VERDUGO, | ) | CASE NO. CV 12-4925-ODW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DOMINGO URIBE, JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 12, 2012.

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd